AO 440 (Rev. 06/12) Summons in a Civil Action     RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | **SUMMONS AND VERIFIED COMPLAINT, VERIFICATIONS, CERTIFICATE OF PERSONAL SERVICE, CERTIFICATE OF SERVICE, CIVIL COVER SHEET** <br> **DOMENICO SERVIDIO** <br> **PROCESS SERVER** |
| | DATE: **7/7/2020 2:07:30 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

JOANNE RAJOPPI

Place where served:

UNION COUNTY COURTHOUSE  2 BROAD STREET  ELIZABETH  NJ  07207

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

LAUREN PEREIRA

Relationship to defendant    **LEGAL DEPT.**

Description of Person Accepting Service:

SEX: F    AGE: 21-35    HEIGHT: 5'4"-5'8"    WEIGHT: 161-200 LBS.    SKIN: WHITE    HAIR: BLACK    OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 07/08/20

SIGNATURE OF DOMENICO SERVIDIO
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

07/08/20

JACQUELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2020

ATTORNEY:      WALTER M. LUERS, ESQ.
PLAINTIFF:     EUGENE MAZO, ET AL
DEFENDANT:     TAHESHA WAY, IN HER OFFICIAL CAPACITY AS NEW JERSEY SECRETARY OF
VENUE:         STATE, ET AL
DOCKET:        DISTRICT
COMMENT:       2 20 CV 08174 SDW LDW