AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | **SUMMONS AND VERIFIED COMPLAINT, VERIFICATIONS, CERTIFICATE OF PERSONAL SERVICE, CERTIFICATE OF SERVICE, CIVIL COVER SHEET, PRAYER FOR RELIEF** <br> **NUNO VEIGA** <br> **PROCESS SERVER** <br> DATE: **7/21/2020 2:55:27 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

STEVE PETER

Place where served:

20 GROVE STREET   SOMERVILLE  NJ  08876

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

IDA OCHOTECO

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 07/22/20 20                                    _____ L.S.

SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

07/22/20

JACQUELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 16, 2020

| | |
|---|---|
| ATTORNEY: | WALTER M. LUERS, ESQ. |
| PLAINTIFF: | EUGENE MAZO, ET AL |
| DEFENDANT: | TAHESHA WAY, IN HER OFFICIAL CAPACITY AS NEW JERSEY SECRETARY OF STATE, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | |
| COMMENT: | 2 20 CV 08174 SDW LDW |