20200707114735

AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS AND VERIFIED COMPLAINT, VERIFICATIONS, CERTIFICATE OF PERSONAL SERVICE, CERTIFICATE OF SERVICE, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | JANE NUNN |
| TITLE: | PROCESS SERVER |

DATE: 7/14/2020 1:23:50 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

TAHESHA WAY

Place where served:

NEW JERSEY SECRETARY OF STATE  20 W. STATE STREET, 4TH FLOOR  TRENTON  NJ  08625

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ELIZABETH VOUK

Relationship to defendant    **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F    AGE: 51-65    HEIGHT: 5'4"-5'8"    WEIGHT: 100-130 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/15/20 20    SIGNATURE OF JANE NUNN    L.S.

GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ROSEMARY RAMOS
NOTARY PUBLIC OF NEW JERSEY
Commission Expires Sept. 25, 2023
7/15/20

Attempts
7/8/2020 2:34:29 PM

| | |
|---|---|
| ATTORNEY: | WALTER M. LUERS, ESQ. |
| PLAINTIFF: | EUGENE MAZO, ET AL |
| DEFENDANT: | TAHESHA WAY, IN HER OFFICIAL CAPACITY AS NEW JERSEY SECRETARY OF STATE, ET AL |
| VENUE: | |
| DOCKET: | DISTRICT |
| COMMENT: | 2 20 CV 08174 SDW LDW |