

**COUNTY OF HUDSON, NEW JERSEY**
OFFICE OF THE COUNTY COUNSEL
DEPARTMENT OF LAW
ADMINISTRATION BUILDING ANNEX
567 PAVONIA AVENUE
JERSEY CITY, NJ 07306
(201) 795-6250
Fax: (201) 795-6428

**THOMAS A. DeGISE**
*County Executive*

**DONATO J. BATTISTA**
*County Counsel*

**LOUIS C. ROSEN**
*Deputy County Counsel*

**DANIEL J. DeSALVO**
*Deputy County Counsel*

**MICHAEL L. DERMODY**
*1st Assistant County Counsel,*

Neil J. Carroll, Jr.
John J. Collins
Alberico De Pierro
Sean D. Dias
David B. Drumeler
Donald L. Gardner
Giovanna Ho-Pelaez
Robin Moses
Georgina Giordano Pallitto
Nidara Rourk
Daniel W. Sexton
Aurelio Vincitore
Laura J. Wadleigh

February 17, 2021

*Electronically Filed*

Hon. Tonianne J. Bongovanni, U.S.D.J.
U.S. District Court of New Jersey
50 Walnut Street
Newark, NJ 07102

    **RE: Eugene Mazo v. Way, et als**
    **Civil Action No. 20-8174**

Dear Judge Bongovanni:

    This office represents the Defendant, E. Junior Maldonado, sued in his official capacity as Hudson County Clerk, hereinafter referred to as "Defendant, Maldonado," in connection with the above captioned matter.

    On behalf of Defendant, Maldonado, we join in on the arguments made in Defendant, Joanne Rajoppi's Reply Brief, as well as any other reply briefs filed in further support of the motions to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

    I thank you for your courtesies in this matter.

                          Respectfully submitted,

                           Donato J. Battista
                           Hudson County Counsel
                           ***s/Daniel J. DeSalvo***
                           Daniel J. DeSalvo
                           Deputy County Counsel

DJD:dmp