UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| EUGENE MAZO, <br><br>and<br><br>LISA McCORMICK,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>TAHESHA WAY, in her official capacity as New Jersey Secretary of State,<br><br>CHRISTOPHER DURKIN, in his official capacity as Essex County Clerk,<br><br>E. JUNIOR MALDANADO, in his official capacity as Hudson County Clerk,<br><br>JOANNE RAJOPPI, in her official capacity as Union County Clerk,<br><br>PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>ELAINE FLYNN, in her official capacity as Middlesex County Clerk,<br><br>And<br><br>STEVE PETER in his official capacity as Somerset County Clerk,<br><br>    *Defendants.* | Civil Action No. 2:20-cv-08174-FLW-TJB<br><br>Chief Judge Freda L. Wolfson, USDJ<br><br>**JOINT NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT** |

    Notice is hereby given that Plaintiffs Eugene Mazo and Lisa McCormick jointly appeal to the United States Court of Appeals for the Third Circuit from an order of the United States

District Court, District of New Jersey, dated July 30, 2021 granting Defendants' motion to dismiss (Dkt. No. 69).

Dated:  August 27, 2021	/s/ Walter M. Luers
	Walter M. Luers, Esq.

	Walter M. Luers, Esq.
	COHN LIFLAND PEARLMAN
	 HERRMANN & KNOPF LLP
	Park 80 West – Plaza One
	250 Pehle Avenue, Suite 401
	Saddle Brook, NJ 07663
	201-845-9600, Ext. 144
	wml@njlawfirm.com
	Counsel of Record for Plaintiffs

	Ryan Morrison, Esq. (admitted *pro hac vice*)
	INSTITUTE FOR FREE SPEECH
	1150 Connecticut Ave., NW, Ste 801
	Washington, DC 20036
	202-301-3300
	rmorrison@ifs.org
	Counsel for Plaintiffs